UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALBERT J. MEROLA, JR.,

                              Plaintiff,

-against-

JAMES SNELL, individually and as an employee of the Police Department of the Town of Cicero, New York, JOSEPH SNELL, individually and as Chief of Police of the Police Department of the Town of Cicero, New York and THE TOWN OF CICERO, NEW YORK,

                             Defendants.

**STIPULATION OF DISCONTINUANCE**

Case No.: 5:11-cv-327

(NAM/DEP) FJS

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice to the Clerk of the Court.

Dated: ~~January~~ Feb 14, 2012

TOWNE, RYAN & PARTNERS, P.C.

_____
Claudia A. Ryan, Esq.
Bar Roll #1767342
*Attorneys for Defendants*
450 New Karner Road
PO Box 15072
Albany, NY 12212
Tel. No.: (518) 452-1800

Dated: January 25, 2012

STEPHEN L. LOCKWOOD, P.C.

_____
Stephen L. Lockwood, Esq.
Bar Roll #102066
*Attorneys for Plaintiff*
285 Genesee Street
Utica, NY 13501
Tel. No.: (315) 724-5177

SO ORDERED

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

2/16/2012